UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                    Confirmed Chapter 11

**CBCS WASHINGTON STREET LP,**                          Case No: 19-22607 (RDD)

                          Debtor.
------------------------------------------------------------X

## **FINAL DECREE**

Upon the application, dated March 20, 2020 (the "Application"), of CBCS Washington Street LP, the reorganized debtor herein (the "Debtor"), by its attorneys, Robinson Brog Leinwand Greene Genovese & Gluck P.C., for an order granting a Final Decree in this case; and upon the Closing Report in this case, dated March 20, 2020 and all the proceedings herein; and it having been represented and it appearing that the Debtor's has been fully administered for purposes of 11 U.S.C. § 350(a) and Fed. R. Banrk. P. 3022; and it also appearing that notice of the submission of the Application and service of a copy thereof was duly and timely made upon the Office of the United States Trustee and that no objection was made to granting the relief requested therein; and no additional notice or hearing being required; and, after due deliberation, good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Application is granted and, pursuant to 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022, the above-captioned Chapter 11 case is closed; and it is further

**ORDERED**, that within fourteen days of entry of this Final Decree, the Debtor will provide the Office of the United States Trustee with all applicable disbursement information and pay all outstanding fees and statutory interest thereon, if any, owed to the Office of the United

1

States Trustee.

**Dated:**  White Plains, New York
March 20, 2020

                             */s/Robert D. Drain*
                             **HONORABLE ROBERT D. DRAIN**
                             **UNITED STATES BANKRUPTCY JUDGE**